# GROUP EXHIBIT 1

⬤ Start  ⬤ Results  ⬤ Data Card  ⬤ Request  ⬤ Finished

# Hearst Masterfile Mailing List

Hearst Magazines is one of the world's largest publishers of monthly consumer magazines. Its category leading titles have been merged to present an unduplicated masterfile of consumers living well.

| Get Count | Get Pricing | Get More Information |

| SEGMENTS | COUNTS THROUGH 05/31/2012 | | POPULARITY: ▦▦▦▦ 100 | |
|---|---|---|---|---|
| 12,849,590 TOTAL UNIVERSE / BASE RATE | $110.00/M | **MARKET:** | CONSUMER | |
| 5,611,232 6 MONTH ACTIVE SUBS | + $12.00/M | **CHANNELS:** | ▦ | |
| 3,033,777 3 MONTH ACTIVE SUBS | + $12.00/M | **SOURCE:** | DIRECT MAIL SOLD | |
| 1,020,638 1 MONTH ACTIVE SUBS | + $16.00/M | **PRIVACY:** | UNKNOWN | |
| 3,258,995 12 MONTH EXPIRES | + $80.00/M | **DMA?:** | YES - MEMBER | |
| 3,313,873 CHANGE OF ADDRESS | + $12.00/M | **STATUS:** | PREFERRED PROVIDER | |
| 562,013 GIFT GIVERS | + $14.00/M | **GEO:** | USA | |
| CATALOG RATE | $75.00/M | **GENDER:** | 70% FEMALE 20% MALE | |
| CHARITABLE FUNDRAISING RATE | $70.00/M | | | |
| NON-PROFIT RATE | $80.00/M | **SPENDING:** | $18.00 AVERAGE ORDER | |
| POLITICAL RATE | $90.00/M | | | |
| 3,813,136 ACTIVE DEMOCRATS | + $20.00/M | **SELECTS** | | |
| 3,822,253 ACTIVE REPUBLICANS | + $20.00/M | 1 MONTH HOTLINE | | $16.00/M |

**DESCRIPTION**

As Hearst Magazines continues to build audience across its roster of *HEARST magazines*

lifestyle magazines, the Hearst Magazines Masterfile presents a dynamic audience of sophisticated subscribers pursuing goals and loving life. Reach a vast universe of motivated men and women at the forefront of fashion, entertaining, home design, culinary arts, and contemporary culture.

**Subscribers to the following titles comprise the Hearst Magazines Masterfile:** *Car and Driver, Cosmopolitan, Country Living, Elle, Elle Decor, Esquire, Food Network Magazine, Good Housekeeping, Harper's Bazaar, HGTV Magazine, House Beautiful, Marie Claire, Popular Mechanics, Redbook, Road & Track, Town & Country,Veranda and Woman's Day.*

**Demographics:**

Age 44

Income $87,604

90% Married

Female 70% / Male 20%

Hearst Magazine readers are passionately involved with 'their' magazines, acting on tips and advice as well as responding to advertisers. Reach large numbers of confident consumers who are ahead of the trends and quick to act on their impulses.

**The Masterfile is enhanced with Insource demographic and ethnic segments, available selections include (please inquire for additional segments & counts):**

| | |
|---|---|
| 3-12 MONTH HOTLINE | $12.00/M |
| AGE | $16.00/M |
| BLOW-INS | $10.00/M |
| BUSINESS ADDRESS | $11.00/M |
| CHANGE OF ADDRESS | $12.00/M |
| ETHNIC/RELIGIOUS | $16.00/M |
| GENDER | $8.00/M |
| GEO (SCF, ZIP, STATE) | $8.00/M |
| GIFT GIVERS | $14.00/M |
| HOME ADDRESS | $5.00/M |
| INCOME | $16.00/M |
| INTERNET @ POSTAL ADDRESS | $11.00/M |
| LIFESTYLE SELECT | $16.00/M |
| PAID | $12.00/M |
| POLITICAL PARTY | $20.00/M |
| PRESENCE OF CHILDREN | $16.00/M |
| PUBLICATION TITLE | $10.00/M |
| RENEWALS | $11.00/M |
| SOURCE | $12.00/M |
| **ADDRESSING** | |
| KEY CODING | $2.00/M |
| FTP | $60.00/F |
| PLEASE INQUIRE FOR ADDITIONAL OUTPUTS | |

**RELATED LISTS**

⊟ CUSTOM DIRECT MEGAFILE

⊟ CONSUMER REPORTS

⊟ CONDE NAST - ENHANCED DATABASE

⊟ AMERICAN EXPRESS PUBLISHING ENHANCED DATABASE

⊟ EASTER SEALS DIRECT MAIL DONOR MASTERFILE

⊟ READER'S DIGEST

⊟ SMITHSONIAN MAGAZINE

⊟ TIME INC. MAGAZINES GROUP ENHANCED MASTERFILE

⊟ PARALYZED VETERANS OF AMERICA PREMIUM DONOR MASTERFILE

⊟ NATIONAL GEOGRAPHIC SOCIETY ENHANCED MASTERFILE

| Interest (+ $15/M) | Qty | Interest (+ $15/M) | Qty |
|---|---|---|---|
| Bible Devotional | 705,500 | Outdoor Enthusiasts | 3,994,700 |
| Book Readers | 6,277,100 | Pets: all | 1,329,611 |
| Collectibles | 582,200 | Pets: Cats | 741,300 |
| Contributors/Donors | 91,600 | Pets: Dogs | 1,004,200 |
| Cooking | 2,068,100 | Physical Fitness/Exercise | 1,999,200 |
| Crafts | 2,261,400 | Sports: all | |
| Do It Yourselfers | 2,525,600 | Sports: Camping/Hiking | 632,000 |
| Gardening | 2,735,200 | Sports: Exercise/Fitness | 1,586,800 |
| Gourmet Food/Cooking | 2,068,100 | Sports: Golf | 766,700 |
| Health/Natural Foods | 4,628,400 | Sports: Hunting | 614,300 |
| Music | 5,942,200 | Travel | |

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #253382 or click here to place your request.

- 7,500 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT

- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)

- PLEASE INQUIRE ABOUT EXCHANGE

- REUSE IS AVAILABLE

- CANCELLATION FEE AT $100.00/F

Get Count | Get Pricing | Get More Information

NextMark: Reach Your Market
X

---

**Login To Your Account**

Email [          ] Password [          ] Forgot your password?
[Login] Not a member? Register today

---

Contact Us Client Login
Call Today! 1 (603) 643-1307

- Media Planning
  - Multi-Channel Media Planner
  - Digital Media Planner
  - Mailing List Finder
  - Media Magnet
- Media Operations
  - Overview
  - Lists
  - Inserts
  - Digital Media
- Media Sales
  - Overview
  - Publish Data Cards
  - Drive Site Traffic
  - Promote in E-mail
  - Become Preferred
  - On Top Search Results
  - Get Sales Leads
  - Compass
- About Us
  - Overview
  - About NextMark
  - News
  - Statistics
  - Accolades
  - Executive Team
  - FAQs
  - Contact Us
  - Jobs
- Blog

---

Search [Search Site]

---

- NextMark Website
- All Media
- Postal Lists
- Telephone Lists
- Package Insert Programs
- Email Lists
- SMS Text Programs
- Mobile Display Programs
- Online Display Programs
- Directory of Providers
- Glossary

# Find Media

## Hearst Women's Marketing Genetics Enhanced Database

All three of the women's Hearst titles are available in this unduplicated database. Active Hachette Filipacchi Media subscribers to ELLE Magazine, Elle Decor, and Woman's Day are brought together in this responsive file. These titles have been loved and respected brands for decades and have built unique relationships with millions of people who are passionate about fashion and beauty in their lives and in their homes. Now Hearst is being overlaid with Marketing Genetics, creating the ideal catalog prospect with the response to match. Select by Product Category, Channel, Number of Transactions, and Purchase Dollar Amount- giving the Hearst subscriber lists the edge of the catalog list. Reach these proven buyers who have made recent purchases from a wide variety of catalogs, retail outlets and websites.

Get Count | Get Pricing | Get More Information

| SEGMENTS | COUNTS THRU 03/31/2011 |
|---|---|
| 3,001,045 TOTAL UNIVERSE / BASE RATE | 80.00/M |
| 3,001,045 Total Female Buyers | 80.00/M |
| 280,555 1 Month Female Buyers | + 16.00/M |
| 675,554 3 Month Female Buyers | 12.00/M |
| 1,400,225 6 Month Female Buyers | + 10.00/M |
| 2,213,427 12 Month Female Buyers | 80.00/M |
| 0 Publishers Rate | 110.00/M |

### DESCRIPTION

All three of the women's Hearst titles are available in this unduplicated database. Active Hachette Filipacchi Media subscribers to ELLE Magazine, Elle Decor, and Woman's Day are brought together in this responsive file. These titles have been loved and respected brands for decades and have built unique relationships with millions of people who are passionate about fashion and beauty in their lives and in their homes.

Now Hearst is being overlaid with Marketing Genetics, creating the ideal catalog prospect with the response to match. Select by Product Category, Channel, Number of Transactions, and Purchase Dollar Amount- giving the Hearst subscriber lists the edge of the catalog list. Reach these proven buyers who have made recent purchases from a wide variety of catalogs, retail outlets and websites.

| Category | 6 Month Count |
|---|---|
| Shoe Buyers | 138,661 |
| Jewelry Buyers | 161,949 |
| Housewares Buyers | 350,393 |
| Garden Buyers | 137,631 |
| Gift Buyers | 248,302 |
| Craft Buyers | 53,003 |
| Hobby/Interest Buyers | 169,577 |
| Travel Buyers | 91,645 |
| Professional Buyers | 18,999 |
| Women's Apparel Buyers | 564,536 |
| Children's Buyers | 156,116 |
| Health/Beauty Buyers | 175,558 |
| Home Décor/Bath Buyers | 218,425 |
| Food Buyers | 106,916 |
| Pets Buyers | 64,975 |
| Books/Music/Video Buyers | 306,817 |
| Electronic Buyers | 42,329 |
| Home Office Buyers | 65,859 |

| Channel | 6 Month Count |
|---|---|
| Catalog | 508,774 |
| Retail | 226,202 |
| Online | 366,854 |

All orders cancelled after merge and/or mail date will be billed at full rental rate. Orders cancelled prior to merge will be billed a $100/F fee plus $10/M run charges and all applicable selection charges. List owner/manager needs to be notified of any cut backs or cancellations before the merge happens.

### ORDERING INSTRUCTIONS

- All prices displayed are USD.
- To order, ask your media planner for NextMark ID# 288218 or click here to place your request.

POPULARITY: ▄▄▄▄

| | |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | 🖃 |
| SOURCE: | Other |
| GEO: | CA US |

**SELECTS**

| | |
|---|---|
| 1 Month Hotline | 16.00/M |
| 3 Month Hotline | 12.00/M |
| 6 Month Hotline | 10.00/M |
| Business Address | 8.00/M |
| Direct Mail Sold | 12.00/M |
| Direct To Publisher | 12.00/M |
| Home Address | 8.00/M |
| MGEN - Channel | 20.00/M |
| MGEN - Dollar Amount | 20.00/M |
| MGEN - Number of Transactions | 20.00/M |
| MGEN - Product Category | 20.00/M |
| Paid | 11.00/M |
| SCF | 8.00/M |
| Source | 12.00/M |
| State | 8.00/M |
| Zip | 8.00/M |

**ADDRESSING**

FTP    59.00/F

**RELATED MEDIA**

coming soon.

[ Get Count ]  [ Get Pricing ]  [ Get More Information ]
Get free trial

# Smarter Media Planning

**The tools you need to be a successful media planner.**

The only system that covers all addressable media, both online and offline.

# NextMark

- About Us
- About NextMark
- News
- Statistics
- Accolades
- Executive Team
- FAQs
- Contact Us
- Jobs
- Blog

# All Your Media Solutions

Contact Us! 1 (603) 643-1307

- **Media Finder**

    - Overview

    - Search Now

    - **Upgrade to Pro**

    - **Mobile Edition**

    - **Browser Plug-ins**

    - **A+ Lead Finder**

    - MediaPulse Newsletter

- **Media Planning**
  - Overview
  - Multi-Channel Media Planner
  - Demonstrations
  - Testimonials
  - API
  - Pricing
  - Free Trial

- **Media Operations**
  - Overview
  - Lists
  - Inserts
  - Digital Media
  - Dependable Systems
  - Pricing
  - Free Trial

- **Media Sales**
  - Overview
  - Publish Data Cards
  - Create HD Data Cards
  - Drive Site Traffic
  - Promote in E-mail
  - Become Preferred
  - On Top Search Results
  - Get Sales Leads
  - Compass

- **Resources**
  - Overview
  - Marketing Glossary
  - Provider Directory
  - Expert Articles
  - Educate Your Students
  - Educate Your Staff

  o  **Bookstore**

Member of

- Direct Marketing Association
- Better Business Bureau
- Networking & Education for Direct Marketers
- The Direct Marketing Club of New York
- Interactive Advertising Bureau
- VT/NH Marketing Group

©2012 NextMark, Inc. Terms of Use.

?>



🔵 Start    🔵 Results 🔵 Data Card 🔵 Request 🔵 Finished

# Hearst Masterfile - Young Families Mailing List

Hearst Magazines is one of the worlds largest publishers of monthly consumer magazines. Its category-leading titles have been enhanced to present a masterfile of young families.

| Get Count | Get Pricing | Get More Information |

**SEGMENTS** | | COUNTS THROUGH 02/29/2012
---|---|---
3,107,000 | TOTAL UNIVERSE / BASE RATE | $110.00/M
 | *YOUNG FAMILIES (POC 0-18) | + $16.00/M
1,605,017 | 6 MONTH ACTIVE SUBS | + $12.00/M
810,000 | 3 MONTH ACTIVE SUBS | + $12.00/M
299,000 | 1 MONTH ACTIVE SUBS | + $16.00/M
 | CATALOG RATE | $75.00/M
 | CHARITABLE FUNDRAISING RATE | $70.00/M
 | NON-PROFIT RATE | $80.00/M

| | |
---|---
MARKET: | CONSUMER
CHANNELS: | 📧
SOURCE: | DIRECT MAIL SOLD
PRIVACY: | UNKNOWN
DMA2: | YES - MEMBER
STATUS: | PREFERRED PROVIDER
GEO: | USA
GENDER: | 72% FEMALE 17% MALE
SPENDING: | $18.00 AVERAGE ORDER

**POPULARITY:** ▪▪▪▪▪ 98

**DESCRIPTION**

The Hearst Young Families Masterfile includes families with children

age 0-18. These young families are ideal for apparel, books, educational aids,

financial/investing, fundraising, insurance, magazines, parenting aids, toys and more.

**Subscribers to the following titles comprise the Hearst Magazines Masterfile:** *Car and Driver, Cosmopolitan, Country Living, Elle, Elle Decor, Esquire, Food Network Magazine, Good Housekeeping, Harper's Bazaar, HGTV Magazine, House Beautiful, Marie Claire, Popular Mechanics, Redbook, Road & Track, Town & Country, Veranda and Woman's Day.*

**HEARST** *magazines*

**SELECTS**
| | |
---|---
1 MONTH HOTLINE | $16.00/M
3-12 MONTH HOTLINE | $12.00/M
AGE | $16.00/M
BLOW-INS | $10.00/M
BUSINESS ADDRESS | $11.00/M
CHANGE OF ADDRESS | $12.00/M
GENDER | $8.00/M
GEO (SCF, ZIP, STATE) | $8.00/M
HOME ADDRESS | $5.00/M
INCOME SELECT | $16.00/M
LIFESTYLE SELECT | $16.00/M
PAID | $12.00/M
PRESENCE OF CHILDREN | $16.00/M
PUBLICATION TITLE | $10.00/M
RENEWALS | $11.00/M
SOURCE | $12.00/M

| | Age 0-3 | Age 4-6 | Age 7-9 | Age 10-12 | Age 13-18 |
---|---|---|---|---|---
Boys | 64,000 | 85,000 | 150,000 | 170,000 | 324,000
Girls | 53,000 | 60,000 | 81,000 | 106,000 | 280,000
POC | 350,000 | 284,000 | 274,000 | 303,000 | 684,000

**ADDRESSING**
| | |
---|---
KEY CODING | $2.00/M
FTP | $60.00/F

PLEASE INQUIRE FOR ADDITIONAL OUTPUTS

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #254009 or click here to place your request.
- 7,500 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- REUSE IS AVAILABLE
- CANCELLATION FEE AT $100.00/F

**RELATED LISTS**
- HIGHLIGHTS FOR CHILDREN CONTINUITY BOOK CLUBS FOR KIDS MASTERFILE
- HIGHLIGHTS FOR CHILDREN MAGAZINE SUBSCRIBERS
- ZOOBOOKS
- MINDWARE
- AMERICAN GIRL CATALOG - EXCHANGE ONLY
- HIGHLIGHTS FOR CHILDREN CATALOG
- HANNA ANDERSSON
- HIGHLIGHTS FOR CHILDREN MERCHANDISE BUYERS
- SENSATIONAL PRESS BUYERS

| Get Count | Get Pricing | Get More Information |

NextMark: Reach Your Market
X

**Login To Your Account**

Email [_____] Password [_____] Forgot your password?
(Login) Not a member? Register today

Contact Us Client Login
Call Today! 1 (603) 643-1307

- Media Planning
  - Multi-Channel Media Planner
  - Digital Media Planner
  - Mailing List Finder
  - Media Magnet
- Media Operations
  - Overview
  - Lists
  - Inserts
  - Digital Media
- Media Sales
  - Overview
  - Publish Data Cards
  - Drive Site Traffic
  - Promote in E-mail
  - Become Preferred
  - On Top Search Results
  - Get Sales Leads
  - Compass
- About Us
  - Overview
  - About NextMark
  - News
  - Statistics
  - Accolades
  - Executive Team
  - FAQs
  - Contact Us
  - Jobs
- Blog

Search [Search Site____]

- NextMark Website
- All Media
- Postal Lists
- Telephone Lists
- Package Insert Programs
- Email Lists
- SMS Text Programs
- Mobile Display Programs
- Online Display Programs
- Directory of Providers
- Glossary

# Find Media

## Hearst Enhanced Database Collectibles

Enhanced with demographics and lifestyles from Equifax; Unduplicated active Hearst subscribers to their 6 publications, Womans Day, ELLE, ELLE DECOR, Road and Track, CAR and DRIVER, and Cycle World Magazine are brought together in this enhanced masterfile. These titles have been loved and respected brands for decades and have built unique relationships with millions of people who are passionate about how they express themselves.

(Get Count) (Get Pricing) (Get More Information)
**SEGMENTS**                    *COUNTS THRU 05/31/2011*

| | | |
|---|---|---|
| 438,952 | TOTAL UNIVERSE / BASE RATE | 110.00/M |
| 0 | Collectibles | + 12.00/M |
| 132,981 | Active Subscribers with a Stamp or Coin Collector Interest | 0.00/M |
| 238,540 | Active Subscribers with a Collectible and Collection Interest | 0.00/M |
| 187,213 | Active Subscribers with a Fine Arts & Antiques Interest | 0.00/M |

## DESCRIPTION

Enhanced with demographics and lifestyles from Equifax; Unduplicated active Hearst subscribers to their 6 publications, Woman's Day, ELLE, ELLE DECOR, Road and Track, CAR and DRIVER, and Cycle World Magazine are brought together in this enhanced masterfile. These titles have been loved and respected brands for decades and have built unique relationships with millions of people who are passionate about how they express themselves.

All orders cancelled after merge and/or mail date will be billed at full rental rate. Orders cancelled prior to merge will be billed a $100/F fee plus $10/M run charges and all applicable selection charges. List owner/manager needs to be notified of any cut backs or cancellations before the merge happens.

## ORDERING INSTRUCTIONS

- All prices displayed are USD.
- To order, ask your media planner for NextMark ID# 277541 or click here to place your request.

POPULARITY: ▪▫▫▫▫

| | |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ⌨ |
| SOURCE: | Other |
| GEO: | US |

### SELECTS

| | |
|---|---|
| 1 Month Hotline | 16.00/M |
| 3 Month Hotline | 12.00/M |
| 6 Month Hotline | 10.00/M |
| Age | 12.00/M |
| Business Address | 8.00/M |
| Category | 12.00/M |
| Credit Card Buyers | 12.00/M |
| Direct Mail Sold | 12.00/M |

| | |
|---|---|
| Direct To Publisher | 12.00/M |
| Gender/Sex | 8.00/M |
| Home Address | 8.00/M |
| Home Owner | 8.00/M |
| Household Income | 12.00/M |
| Lifestyle | 12.00/M |
| Marital Status | 8.00/M |
| Occupation | 8.00/M |
| Paid | 11.00/M |
| Presence of Children | 12.00/M |
| SCF | 8.00/M |
| Source | 12.00/M |
| State | 8.00/M |
| Zip | 8.00/M |

**ADDRESSING**

FTP    59.00/F

**RELATED MEDIA**

coming soon.

Get Count  Get Pricing  Get More Information
Get free trial

## Smarter Media Planning

**The tools you need to be a successful media planner.**

The only system that covers all addressable media, both online and offline.

## NextMark

- About Us
- About NextMark
- News
- Statistics
- Accolades
- Executive Team
- FAQs
- Contact Us
- Jobs
- Blog

## All Your Media Solutions

Contact Us! 1 (603) 643-1307

- **Media Finder**

    - Overview

    - Search Now

    - Upgrade to **Pro**

    - **Mobile Edition**

    - **Browser Plug-ins**

    - A+ Lead Finder

    - **MediaPulse Newsletter**

- **Media Planning**

    - Overview

- o  Multi-Channel Media Planner
- o  Demonstrations
- o  Testimonials
- o  API
- o  Pricing
- o  Free Trial

- **Media Operations**
  - o  Overview
  - o  Lists
  - o  Inserts
  - o  Digital Media
  - o  Dependable Systems
  - o  Pricing
  - o  Free Trial

- **Media Sales**
  - o  Overview
  - o  Publish Data Cards
  - o  Create HD Data Cards
  - o  Drive Site Traffic
  - o  Promote in E-mail
  - o  Become Preferred
  - o  On Top Search Results
  - o  Get Sales Leads
  - o  Compass

- **Resources**
  - o  Overview
  - o  Marketing Glossary
  - o  Provider Directory
  - o  Expert Articles
  - o  Educate Your Students
  - o  Educate Your Staff
  - o  Bookstore

Member of

- Direct Marketing Association
- Better Business Bureau
- Networking & Education for Direct Marketers
- The Direct Marketing Club of New York
- Interactive Advertising Bureau
- VT/NH Marketing Group

©2012 NextMark, Inc. Terms of Use.

?>