AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

David Grenke,

*Plaintiff,*

v.

Case No. 2:12-cv-14221-LPZ-MKM
Hon. Lawrence P. Zatkoff

Hearst Communications, Inc.,

*Defendant.*

### SUMMONS IN A CIVIL ACTION

To: Hearst Communications, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ari J. Scharg
> 350 N. LaSalle Street
> Suite 1300
> Chicago, IL
> 60654

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ D. Peruski
*Signature of Clerk or Deputy Clerk*



Date of Issuance: September 24, 2012

# Affidavit of Process Server

| David Grenke | vs | Hearst Communications, Inc. | 2:12-cv- |
|---|---|---|---|
| **Plaintiff/Petitioner** | | **Defendant/Respondent** | **Case#** 14221-GCS-MKM |

**FREDERICK PRINGLE**

Being duly sworn, on my oath, I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Hearst Communications, Inc.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

✓ **Summons, Class Action Complaint And Demand For Jury Trial**

by serving (NAME) **AIXA FLORES**

at ☐ Home
✓ Business
✓ on (DATE) **10/3/12** at (TIME) **12:45 PM**

**C/O CT CORPORATION SYSTEM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) **10/5/12**
From (CITY) **New York** (STATE) **NY**

**Manner of Service:**

☐ By Personal Service
✓ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **AIXA FLORES - PROCESS SPECIALIST**

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ( ) ( )
( ) ( ) ( )

**Description:**
- ☐ Male  ☐ White Skin  ✓ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
- ✓ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'-5'3"  ☐ 100-130 Lbs.
- ☐ Brown Skin  ☐ Blond Hair  ✓ 36-50 Yrs.  ✓ 5'4"-5'8"  ✓ 131-160 Lbs.
- ✓ Glasses  ☐ Yellow Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'  ☐ 161-200 Lbs.
- ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES:

State of ~~Illinois~~ **N.Y.** County of ~~Cook~~ **N.Y.**

Subscribed and sworn to before me
A notary public, this **5** day of **October**, 20**12**

_Notary Public_

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016