UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID GRENKE, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 12-cv-14221<br><br>Hon. David M. Lawson<br>Magistrate Judge Mona K. Majzoub<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for plaintiff David Grenke ("Plaintiff") and defendant Hearst Communications, Inc. ("Defendant") as follows:

  1.  Plaintiff filed a complaint in this putative class action against Defendant on September 24, 2012 (the "Complaint").

  2.  The Parties have agreed that, subject to Court approval, Defendant's time to move, answer, or otherwise respond to the Complaint be, and hereby is, extended to and including November 26, 2012.

3.      No hearings or conferences have yet been scheduled by the Court, and thus, this stipulation does not seek to alter any previously set dates.

Dated: October 24, 2012

By: /s/ Ari J. Scharg

Christine E. Ficks
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
cficks@bodmanlaw.com

Ari J. Scharg
EDELSON MCGUIRE, LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
ascharg@edelson.com

*Counsel for Plaintiff David Grenke*

By: /s/ Herschel P. Fink

Herschel P. Fink (P13427)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
(313) 465-7400
hfink@honigman.com

Sharon L. Schneier
Collin J. Peng-Sue
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340
sharonschneier@dwt.com
collinpengsue@dwt.com

*Attorneys for Defendant Hearst Communications, Inc.*