UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID GRENKE,

        Plaintiff,                           Case No. 12-14221
                                                       Honorable David M. Lawson

v.

HEARST COMMUNICATIONS, INC.,

        Defendant.
_____/

**STIPULATED ORDER EXTENDING TIME TO RESPOND**

Pursuant to the parties' stipulation [dkt. #8],

It is hereby **ORDERED** that the defendant may respond to the plaintiff's complaint **on or before November 26, 2012**.

                                                s/David M. Lawson
                                               DAVID M. LAWSON
                                               United States District Judge

Dated: October 26, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 26, 2012.

                                   s/Deborah R. Tofil
                                   DEBORAH R. TOFIL