UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DAVID GRENKE, individually, and
on behalf of all others similarly situated,

          Plaintiff,

v.

HEARST COMMUNICATIONS, INC., a
Delaware Corporation,

          Defendant.

Case No. 12-cv-14221

Hon. David M. Lawson
Magistrate Judge Mona K. Majzoub

## APPEARANCE ON BEHALF OF HEARST COMMUNICATIONS, INC.

    Arthur T. O'Reilly of Honigman Miller Schwartz and Cohn LLP hereby enters his appearance on behalf of Defendant Hearst Communications, Inc. in the above matter and requests copies of all papers filed in this case.

          Respectfully submitted,

          By: /s/ Arthur T. O'Reilly
          Herschel P. Fink
          Robert M. Jackson
          Arthur T. O'Reilly
          HONIGMAN MILLER SCHWARTZ AND COHN LLP
          2290 First National Building
          Detroit, MI 48226
          (313) 465-7628
          aoreilly@honigman.com
          (P70406)

          Sharon L. Schneier
          Collin J. Peng-Sue
          DAVIS WRIGHT TREMAINE LLP
          1633 Broadway – 27th Floor
          New York, NY 10019
          (212) 489-8230 (phone)
          (212) 489-8340 (fax)
          sharonschneier@dwt.com
          collinpengsue@dwt.com

Dated: December 3, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Arthur T. O'Reilly
Herschel P. Fink
Robert M. Jackson
Arthur T. O'Reilly
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7628 (phone)
aoreilly@honigman.com
(P70406)

ACTIVE\11748482.1