UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID GRENKE, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 2:12-cv-14221<br><br>Hon. David M. Lawson |

**DECLARATION OF SHARON L. SCHNEIER**

      Pursuant to 28 U.S.C. § 1746, I, **SHARON L. SCHNEIER**, declare as follows:

      1.     I am an attorney duly admitted to practice law before this United States District Court and a partner of the firm of Davis Wright Tremaine LLP, counsel for defendant Hearst Communications, Inc. ("Hearst") in the above-captioned action. I submit this declaration in support of Hearst's motion to dismiss the complaint brought by David Grenke pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. This declaration is based on my personal knowledge, except as otherwise indicated.

      2.     A true and correct copy of the cover and page 130 of the July/August 2012 issue of *Country Living* is annexed hereto as Exhibit A.

      3.     A true and correct copy of the cover and page 155 of the September 2012 issue of *Country Living* is annexed hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 3, 2012.

                                                /s/ Sharon L. Schneier
                                                  Sharon L. Schneier

11752125.1

**Index of Exhibits**

A.  2012 July-August Country Living

B.  2012 September Country Living

# EXHIBIT A

*July ★ August 2012*

# CountryLiving

## all★American classics

- 50 finds you'll love forever
- Instant room updates
- PLUS: What to collect now!



*Summer recipes*
**FRIED CHICKEN**
★
**DEVILED EGGS**
★
**STRAWBERRY PIE**
★
**AND MORE!**

COUNTRYLIVING.COM $4.50

◆ **shop guide**

# Smooth Sailing (at Last)
**PAGES 76-83**

Conjure up the coziness of Linda Zarrella's guest room with these great deals.



◄ **SIDE TABLE** Bring color and character to this plain white table with a distressing kit from CL's paint line for Caromal Colours. (Table, $129; 19½"W x 23½"H; orientalfurniture.com. Paint; $54.75 for base coat, toner, and chip brush; caromalcolours.com)



▲ **LAMP** The price of this recycled-glass fixture includes a linen shade. ($158; 14"W x 24"H; White x White, 785-862-9448)

## Sources



**SMOOTH SAILING (AT LAST)**
**PAGE 76** Wall light, from $455 for 4½"W x 11¾"L; urbanarchaeology.com. For similar **basket,** $33.49; 10"W x 10"L; Bartlett's Ocean View Farm, 508-228-9403. **PAGE 77** For similar antique **table,** from $7,500 for 31"W x 90"L; for similar chairs, $4,350 for six; 18"W x 39"H; Nantucket House Antiques, 508-228-2956. Paint, White Dove (on wall paneling); Morning Dew (on wall paneling); October Mist (on floor), $35.99 per gallon; benjaminmoore.com. PAGE 78 Strap hinges, $54.57 each; whitechapel-ltd.com.

**PAGE 79** Paint, Vale Mist (on kitchen cabinets), $35.99 per gallon; benjaminmoore.com. **Drawer pulls,** $45 each; Rocky Mountain Hardware, 888-788-2013 for stores. **PAGE 81** Towel, $95; 36"W x 48"L; Nantucket Looms, 508-228-1908.



**SPARE MOMENTS**
**PAGE 92** Paint, White Dove (on walls throughout), $35.99 per gallon; benjaminmoore.com. **PAGE 94** Paint, Sage (on kitchen floors), $35.99 per gallon; benjaminmoore.com.

## CL Giveaways

**AREAWARE FLASHLIGHT SWEEPSTAKES**
PAGE 29 No purchase necessary to enter to win the Areaware Flashlight Sweepstakes. Sponsored by Hearst Communications, Inc. To enter, visit countryliving.com/win between 12:01 A.M. ET on June 19, 2012 and 11:59 P.M. ET on July 31, 2012 and complete the entry requirements pursuant to the onscreen instructions. Must be a legal resident of the 50 United States, District of Columbia, Puerto Rico, or Canada who has reached the age of majority in their state, province, or territory of residence at time of entry. Void in the Province of Quebec, and where prohibited by law. Sweepstakes subject to complete rules available at countryliving.com/win.

**SCHOOLHOUSE ELECTRIC LAMP SWEEPSTAKES**
PAGE 33 No purchase necessary to enter to win the Schoolhouse Electric Lamp Sweepstakes. Sponsored by Hearst Communications, Inc. To enter, visit countryliving.com/win between 12:01 A.M. ET on June 19, 2012 and 11:59 P.M. ET on July 31, 2012 and complete the entry requirements pursuant to the onscreen instructions. Must be a legal resident of the 50 United States, District of Columbia, Puerto Rico, or Canada who has reached the age of majority in their state, province, or territory of residence at time of entry. Void in the Province of Quebec, and where prohibited by law. Sweepstakes subject to complete rules available at countryliving.com/win.

**MASALA FARM COOKBOOK SWEEPSTAKES**
PAGE 90 No purchase necessary to enter to win the Masala Farm Cookbook Sweepstakes. Sponsored by Hearst Communications, Inc. To enter, visit countryliving.com/win between 12:01 A.M. ET on June 19, 2012 and 11:59 P.M. ET on July 31, 2012 and complete the entry requirements pursuant to the onscreen instructions. Must be a legal resident of the 50 United States, District of Columbia, Puerto Rico, or Canada who has reached the age of majority in their state, province, or territory of residence at time of entry. Void in the Province of Quebec, and where prohibited by law. Sweepstakes subject to complete rules available at countryliving.com/win.

Country Living (ISSN 0732-2569) is published monthly with combined issues in Jul/Aug and Dec/Jan 10 times a year by Hearst Communications, Inc., 300 West 57th Street, New York, NY 10019 U.S.A. Frank A. Bennack, Jr., Chief Executive Officer and Vice Chairman of the Board: George R. Hearst Jr., Chairman Catherine A. Bostron, Secretary: Ronald J. Doerfler, Senior Vice President and Treasurer Steven R Swartz, Executive Vice President and Chief Operating Officer. HEARST MAGAZINES DIVISION: David Carey, President; John P. Loughlin, Executive Vice President and General Manager; John A. Rohan, Jr., Senior Vice President, Finance. © 2011 by Hearst Communications, Inc. All rights reserved. Country Living is a registered trademark of Hearst Communications, Inc. TRADEMARKS: Country Living is a registered trademark of Hearst Communications, Inc. EDITORIAL OFFICES: 300 W. 57th St., New York, NY 10019. The magazine assumes no responsibility whatsoever for any unsolicited material, including transparencies. The magazine assumes no liability to return any unsolicited material. Current and previous issues are available for $7.00 postpaid from Single Copy Sales, Hearst Magazines, P.O. Box 6000, Harlan, IA 51593 (Foreign/Canadian copies, please add $2.75 for postage). Periodicals postage paid at N.Y., N.Y. and at additional mailing offices. Canada Post International Publications Mail Product (Canadian Distribution) Sales Agreement no. 40012499. Send returns (Canada) to Bleuchip International, P.O. Box 25542, London Ontario, N6C 6B2. Printed in U.S.A. SUBSCRIPTION SERVICE: Country Living magazine will, upon receipt from its reader of a complete new or renewal subscription order undertake fulfillment of that order so as to provide the first-copy delivery by the Postal Service or alternate carriers within 4 to 6 weeks. If for some reason this cannot be done, you will be promptly notified of the issue date that will begin your subscription, with a request for any further instructions you may have concerning your order. Please address all such orders to us at Country Living, P.O. Box 6000, Harlan, IA 51593. For subscription inquiries, log on to service.countryliving.com, or write to Customer Service Department, Country Living, P.O. Box 6000, Harlan, IA 51593. To assure quickest service, enclose your mailing label when writing to us or renewing your subscription. Renewal must be received at least 8 weeks prior to expiration to assure continued service. SUBSCRIPTION PRICES: United States and possessions, $24.00 for 10 issues; $44.00 for 20 issues. Canada and all other countries. $40.00 for 10 issues; $76.00 for 20 issues (CANADA BN NBR 10231 0943 RT). POSTMASTER: Please send address changes to: Country Living, P.O. Box 6000, Harlan, IA 51593. From time to time, we make our subscriber list available to companies who sell goods and services by mail that we believe would interest our readers. If you would rather not receive such mailings, please send your current mailing label or exact copy to Mail Preference Service, P.O. Box 6000, Harlan, IA 51593.

PHOTOGRAPH BY (QUILT) AUDRA SWEARINGEN

# EXHIBIT B





advertisement

[*september*]
# design spotlight

## Glidden On The go™

Want an easier way to choose color? How about tap, tap, tap? With our new Glidden on the go™ app, we've taken the most helpful and popular color tools and put them right in the palm of your hand. Download the app for free for either iPhone* or Android™. Glidden* paint makes painting so easy everybody can paint. Maybe that's why 97% of people who use Glidden* paint would recommend it to a friend.

iPhone is a trademark of Apple Inc., registered in the U.S. and other countries. Android is a trademark of Google Inc

www.glidden.com





Be the voice for those who have no voice

Join us  WWF  worldwildlife.org

*Country Living* (ISSN 0732-2569) is published monthly with combined issues in Jul/Aug and Dec/Jan, 10 times a year by Hearst Communications, Inc., 300 West 57th Street, New York, NY 10019 U.S.A. Frank A. Bennack, Jr., Chief Executive Officer and Vice Chairman of the Board; George R. Hearst, Jr., Chairman; Catherine A. Bostron, Secretary; Ronald J. Doerfler, Senior Vice President and Treasurer; Steven R. Swartz, Executive Vice President and Chief Operating Officer. HEARST MAGAZINES DIVISION: David Carey, President; John P. Loughlin, Executive Vice President and General Manager; John A. Rohan, Jr., Senior Vice President, Finance. © 2011 by Hearst Communications, Inc. All rights reserved. *Country Living* is a registered trademark of Hearst Communications, Inc. TRADEMARKS: *Country Living* is a registered trademark of Hearst Communications, Inc. EDITORIAL OFFICES: 300 W. 57th St., New York, NY 10019. The magazine assumes no responsibility whatsoever for any unsolicited material, including transparencies. The magazine assumes no liability to return any unsolicited material. Current and previous issues are available for $7.00 postpaid from Single Copy Sales, Hearst Magazines, P.O. Box 6000, Harlan, IA 51593 (Foreign/Canadian copies, please add $2.75 for postage). Periodicals postage paid at N.Y., N.Y., and at additional mailing offices. Canada Post International Publications Mail Product (Canadian Distribution) Sales Agreement no. 40012499. Send returns (Canada) to Bleuchip International, P.O. Box 25542, London, Ontario, N6C 6B2. Printed in U.S.A. SUBSCRIPTION SERVICE: *Country Living* magazine will, upon receipt from its reader of a complete new or renewal subscription order, undertake fulfillment of that order so as to provide the first-copy delivery by the Postal Service or alternate carriers within 4 to 6 weeks. If for some reason this cannot be done, you will be promptly notified of the issue date that will begin your subscription, with a request for any further instructions you may have concerning your order. Please address all such orders to us at *Country Living*, P.O. Box 6000, Harlan, IA 51593. For subscription inquiries, log on to service.countryliving.com, or write to Customer Service Department, *Country Living*, P.O. Box 6000, Harlan, IA 51593. To assure quickest service, enclose your mailing label when writing to us or renewing your subscription. Renewal must be received at least 8 weeks prior to expiration to assure continued service. SUBSCRIPTION PRICES: United States and possessions, $24.00 for 10 issues; $44.00 for 20 issues. Canada and all other countries, $40.00 for 10 issues; $76.00 for 20 issues (CANADA BN NBR 10231 0943 RT). POSTMASTER: Please send address changes to: *Country Living*, P.O. Box 6000, Harlan, IA 51593. From time to time, we make our subscriber list available to companies who sell goods and services by mail that we believe would interest our readers. If you would rather not receive such mailings, please send your current mailing label or exact copy to Mail Preference Service, P.O. Box 6000, Harlan, IA 51593.



# Serious Strength

**Gorilla Epoxy**
- Dries Crystal Clear
- 3300 PSI Bond Strength
- Water Resistant

Made in USA

Welcome to Tough...

GORILLA  EPOXY  SETS IN 5 MIN.

*New Improved Formula!*

www.gorillatough.com • 1-800-966-3458