# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID GRENKE, individually, and on behalf of all others similarly situated, | Case No. 2:12-cv-14221-DML-MKM |
| Plaintiff, | [Hon. David M. Lawson] |
| v. | [Magistrate Judge Mona K. Majzoub] |
| HEARST COMMUNICATIONS, INC., a Delaware Corporation, | |
| Defendant. | |

## NOTICE OF ELECTRONIC FILING

I, Ari J. Scharg, an attorney, certify that on December 24, 2012, I electronically filed *Plaintiff's Opposition to Hearst Communications, Inc.'s Motion to Reassign* with the Clerk of the United States District Court for the Eastern District of Michigan, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: December 24, 2012

Respectfully submitted,

**David Grenke**, individually and on behalf of a class of similarly situated individuals,

By: /s/  Ari J. Scharg
      One of his Attorneys

Christine E. Ficks – P64625
BODMAN PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
Tel: (313) 259-7777
cficks@bodmanlaw.com

Ari J. Scharg
EDELSON MCGUIRE, LLC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
ascharg@edelson.com

*Counsel for Plaintiff David Grenke and the Putative Class*

1

## CERTIFICATE OF SERVICE

      I, Ari J. Scharg, an attorney, certify that on December 24, 2012, I served the above and foregoing *Notice of Plaintiff's Opposition to Hearst Communications, Inc.'s Motion to Reassign* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this December 24, 2012.


/s/ Ari J. Scharg