UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CINDY HALABURDA, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BAUER PUBLISHING CO., LP, a Delaware partnership,<br><br>        Defendant. | Case No. 12-cv-12831<br><br>Hon. George C. Steeh |
| DAVID GRENKE, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 12-cv-14221<br><br>Hon. George C. Steeh<br><br>Hon. David M. Lawson |
| SUSAN FOX, individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>TIME, INC., a Delaware Corporation,<br><br>       Defendant. | Case No. 12-cv-14390<br><br>Hon. George C. Steeh<br><br>Hon. Gershwin A. Drain |

## ORDER

AND NOW, this 27th day of March, 2013, upon consideration of the motion by defendants Bauer Publishing Co., LP, Hearst Communications, Inc., and Time Inc. to stay discovery pending a decision on their motions to dismiss, and the response thereto by plaintiffs Cindy Halaburda, David Grenke, and Susan Fox, it is hereby ORDERED that the Motion is GRANTED, and that discovery in the above-captioned matters shall be stayed pending a decision on the motions to dismiss.

GEORGE C. STEEH
United States District Judge