# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CINDY HALABURDA, individually and on behalf of all others similarly situated, | Case No. 2:12-cv-12831-GCS-RSW |
| Plaintiff, | Hon. George C. Steeh |
| v. | |
| BAUER PUBLISHING CO., LP, a Delaware Partnership, | |
| Defendant. | |
| DAVID GRENKE, individually and on behalf of all others similarly situated, | Case No. 2:12-cv-14221-GCS-MKM |
| Plaintiff, | Hon. George C. Steeh |
| v. | |
| HEARST COMMUNICATIONS, INC., a Delaware Corporation, | |
| Defendant. | |
| ROSE COULTER-OWENS, individually and on behalf of all others similarly situated, | Case No. 2:12-cv-14390-GCS-MKM |
| Plaintiff, | Hon. George C. Steeh |
| v. | |
| TIME INC., a Delaware Corporation, | |
| Defendant. | |

## STIPULATED ORDER TO STAY ACTIONS AND EXTEND DATES

The Parties Joint Motion for a Stay of All Deadlines dated March 6, 2014 is GRANTED and each of the above-entitled actions is stayed to enable the Parties to determine whether a settlement with respect to some or all of the above-entitled actions is possible and the dates previously set by the Court in each of these cases is extended as follows:

| | |
|---|---|
| Response to the Complaint Filed By: | 7/7/14 |
| Rule 26(f) Conference Held By: | 7/21/14 |
| Rule 26(a)(1) Disclosures: | 8/8/14 |
| Witness Lists Filed By: | 9/8/14 |
| Discovery Cutoff: | 1/9/15 |
| Class Certification and Dispositive Motions Due: | 2/9/15 |
| Final Pretrial Order Due: | 5/11/15 |
| Final Pretrial Conference: | 5/18/15 at 10:00 a.m. |
| Trial Date: | 6/8/15 at 9:00 a.m. |
| Estimated Length of Trial: | 5 days |
| JURY TRIAL ||

1

                                                  Respectfully submitted,

Dated: March 19, 2014         **Bauer Publishing Co., LP, Hearst Communications, Inc., and Time, Inc.**

                                                  By: /s/ Sharon L. Schneier
                                                  One of Defendants' Attorneys

                                                  Sharon L. Schneier
                                                  Collin J. Peng-Sue
                                                  Davis Wright Tremaine LLP
                                                  1633 Broadway – 27th Floor
                                                  New York, New York 10019
                                                  Tel: (212) 489-8230
                                                  Fax: (212) 489-8340
                                                  sharonschneier@dwt.com
                                                  collinpengsue@dwt.com

                                                  Robert M. Jackson – P40732
                                                  Arthur T. O'Reilly – P70406
                                                  HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                                  660 Woodward Avenue, Suite 2290
                                                  Detroit, Michigan 48226
                                                  Tel: (313) 465-7400
                                                  Fax: (313) 465-7401
                                                  rjackson@honigman.com
                                                  aoreilly@honigman.com

                                                  *Counsel for Defendants Bauer Publishing Co., LP, Hearst Communications, Inc., and Time, Inc.*

                                                  **Cindy Halaburda, David Grenke and Rose Coulter-Owens**

                                                  By: /s/ Ari J. Scharg
                                                  One of Plaintiffs' Attorneys

                                                  Ari J. Scharg
                                                  J. Dominick Larry
                                                  EDELSON PC

350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
ascharg@edelson.com
nlarry@edelson.com

*Counsel for Plaintiffs Cindy Halaburda, David Grenke, and Rose Coulter-Owens*

Brian C. Summerfield – P57514
BODMAN PLC
201 W. Big Beaver Rd., Suite 500
Troy, MI 48084
Tel: (248) 743-6075
bsummerfield@bodmanlaw.com

*Counsel for Plaintiffs Cindy Halaburda and David Grenke*

Henry M. Scharg – P28804
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, MI 48167
Tel: (248) 596-1111
Fax: (248) 596-1578
hmsattyatlaw@aol.com

*Counsel for Plaintiff Rose Coulter-Owens*

**IT IS SO ORDERED**

Dated:  March 19, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

3

## CERTIFICATE OF SERVICE

I, Collin J. Peng-Sue, an attorney, certify that on March 18, 2014, I served the above and foregoing Stipulation and [Proposed] Order to Stay the Actions by causing true and accurate copies of such paper to be transmitted to all counsel of record via electronic mail.

/s/ Collin J. Peng-Sue