IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID GRENKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>HEARST COMMUNICATIONS, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 2:12-cv-14221-GCS-MKM<br><br>Hon. George C. Steeh |
| ROSE COULTER-OWENS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>TIME INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 2:12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

**PLAINTIFFS'** *UNOPPOSED* **MOTION TO LIFT THE STAY**

  Plaintiffs Rose Coulter-Owens and David Grenke ("Plaintiffs"), by and through the undersigned counsel, respectfully move to lift the stay in the *Coulter-Owens v. Time Inc.*, No. 2:12-cv-14390 (E.D. Mich.) and *Grenke v. Hearst Communications, Inc.*, No. 12-cv-14221 (E.D. Mich.) actions. In support of their unopposed motion, Plaintiffs state as follows:

  1. On March 19, 2014, the Court entered the parties' Stipulated Order to

Stay Actions and Extend Deadlines while they engaged in settlement discussions. (*Coulter-Owens* Dkt. 58; *Grenke* Dkt. 52.)

2.  As part of those discussions, the parties in the *Coulter-Owens* and *Grenke* actions participated in a private mediation on May 6, 2014 with Professor Eric Green of Resolutions, LLC, in Boston, Massachusetts.

3.  However, after engaging in a full-day mediation presided over by Professor Green, the parties were unable to reach agreement in either case and determined that further settlement efforts would not be productive at this time.

4.  Accordingly, Plaintiffs respectfully request that the Court lift the stay and allow the parties to proceed in accordance with the schedule set forth by the Court's March 19, 2014 Order (*Coulter-Owens* Dkt. 58; *Grenke* Dkt. 52).[1]

5.  Plaintiffs have conferred with Defendants' counsel, and Defendants' counsel does not oppose this motion; provided however that any responses and/or objections to discovery requests shall not be required until thirty days after the filing of answers, which shall occur no later than June 23, 2014.

---

[1] As reported to the Court pursuant to Local Rule 41.1, a class-wide settlement in principal has been reached in the third case that was stayed by the Court's March 19, 2014 Order, *Halaburda v. Bauer Publishing Co., LP*, No. 12-cv-12831. The plaintiff in that action is currently in the process of negotiating certain remaining terms, drafting a formal settlement agreement, and preparing preliminary approval papers, and as such, believes that the litigation stay should remain in place as to that action.

2

WHEREAS, Plaintiffs respectfully request that the Court enter an Order (i) lifting the stay in the *Coulter-Owens v. Time Inc.*, No. 2:12-cv-14390 (E.D. Mich.) and *Grenke v. Hearst Communications, Inc.*, No. 2:12-cv-14221 (E.D. Mich.) actions, and (ii) providing all other or further relief that the Court deems equitable and just.

              Respectfully submitted,

Dated: May 16, 2014     **Plaintiffs David Grenke and Rose Coulter-Owens**

              By: s/ J. Dominick Larry
              One of Plaintiffs' Attorneys

              Ari J. Scharg
              ascharg@edelson.com
              J. Dominick Larry
              nlarry@edelson.com
              EDELSON PC
              350 North LaSalle Street, Suite 1300
              Chicago, Illinois 60654
              Tel: 312.589.6370
              Fax: 312.589.6378

              *Counsel for Plaintiffs David Grenke, Rose Coulter-Owens, and the putative Classes*

              Brian C. Summerfield – P57514
              BODMAN PLC
              201 W. Big Beaver Rd., Suite 500
              Troy, Michigan 48084
              Tel: 248.743.6075
              bsummerfield@bodmanlaw.com

              *Counsel for Plaintiff David Grenke and the putative Class*

        Henry M. Scharg – P28804
        LAW OFFICE OF HENRY M. SCHARG
        302 W. Main Street
        Northville, Michigan 48167
        Tel: 248.596.1111
        Fax: 248.596.1578
        hmsattyatlaw@aol.com

        *Counsel for Plaintiff Rose Coulter-Owens and the putative Class*

## CERTIFICATE OF SERVICE

I, J. Dominick Larry, an attorney, certify that on May 16, 2014, I served the above and foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the court's CM/ECF electronic filing system.

s/ J. Dominick Larry