## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DAVID GRENKE, individually and on behalf of all others similarly situated,

               Plaintiff,

     v.

HEARST COMMUNICATIONS, INC., a Delaware Corporation,

               Defendant.

Case No. 2:12-cv-14221-GCS-MKM

Hon. George C. Steeh

ROSE COULTER-OWENS, individually and on behalf of all others similarly situated,

               Plaintiff,

     v.

TIME INC., a Delaware Corporation,

               Defendant.

Case No. 2:12-cv-14390-GCS-MKM

Hon. George C. Steeh

## **ORDER LIFTING STAY**

Plaintiffs' Unopposed Motion to Lift the Stay of All Deadlines, dated May 16, 2014, is GRANTED, and the above-captioned actions are no longer stayed and shall proceed along the schedule entered by this Court's March 19, 2014 Order (*Coulter-Owens* Dkt. 58; *Grenke* Dkt. 52.)

1

**IT IS SO ORDERED**


Dated:  May 19, 2014                         s/George Caram Steeh
                                             GEORGE CARAM STEEH
                                             UNITED STATES DISTRICT JUDGE


Respectfully submitted,

Dated: May 19, 2014                 **David Grenke and Rose Coulter-Owens**

                                    By: s/ Ari J. Scharg
                                    One of Plaintiffs' Attorneys

                                    Ari J. Scharg
                                    ascharg@edelson.com
                                    J. Dominick Larry
                                    nlarry@edelson.com
                                    EDELSON PC
                                    350 North LaSalle Street, Suite 1300
                                    Chicago, IL 60654
                                    Tel: 312.589.6370
                                    Fax: 312.589.6378

                                    *Counsel for Plaintiffs David Grenke, Rose Coulter-*
                                    *Owens, and the putative Classes*


                                    Brian C. Summerfield – P57514
                                    BODMAN PLC
                                    201 W. Big Beaver Rd., Suite 500
                                    Troy, MI 48084
                                    Tel: (248) 743-6075
                                    bsummerfield@bodmanlaw.com

                                    *Counsel for Plaintiff David Grenke and the*
                                    *putative Class*

Henry M. Scharg – P28804
Law Office of Henry M. Scharg
302 W. Main Street
Northville, MI 48167
Tel: (248) 596-1111
Fax: (248) 596-1578
hmsattyatlaw@aol.com

*Counsel for Plaintiff Rose Coulter-Owens and the putative Class*

## **CERTIFICATE OF SERVICE**

I, J. Dominick Larry, an attorney, certify that on May 19, 14, I served the above and foregoing by causing true and accurate copies of such paper to be transmitted to all counsel of record via electronic mail.

s/ J. Dominick Larry