# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID GRENKE, individually and on behalf of all others similarly situated, | Case No. 2:12-cv-14221 |
| Plaintiff, | [Hon. George Caram Steeh] |
| v. | [Magistrate Judge Mona K. Majzoub] |
| HEARST COMMUNICATIONS, INC., a Delaware corporation, | |
| Defendant. | |

## JOINT MOTION FOR DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(2)

Plaintiff David Grenke ("Plaintiff") and Defendant Hearst Communications, Inc. ("Defendant"), by and through their respective counsel, hereby move this Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for dismissal of this action. In support thereof, the Parties state as follows:

The discovery to date has shown that despite his good faith belief, Plaintiff was not the subscriber of record to *Country Living* magazine—the publication at issue in this lawsuit.

Based on the foregoing, the Parties respectfully request that this Court issue an Order: (i) dismissing with prejudice as to all claims asserted by Plaintiff, with each party to bear its own costs, and (ii) vacating all prior orders.

1

Dated: February 20, 2015 **David Grenke**,

By: /s/ Ari J. Scharg
   One of his attorneys

Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Brian C. Summerfield – P57514
BODMAN PLC
1901 Saint Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
Tel: 313-259-7777
Fax: 313-393-7579
bsummerfield@bodmanlaw.com

Dated: February 20, 2015 **Hearst Communications, Inc.**,

By: /s/ Stephen Yuhan
   One of its attorneys

Jonathan R. Donnellan
jdonnellan@hearst.com
Kristina E. Findikyan
kfindikyan@hearst.com
Stephen Yuhan
syuhan@hearst.com

THE HEARST CORPORATION
300 West 57th Street
40th Floor
New York, NY 10019
212-649-2051
212-554-7000 (fax)

David J. Council
dcouncil@dykema.com
James P. Feeney
jfeeney@dykema.com
Brian M. Moore
bmoore@dykema.com
DYKEMA GOSSETT PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304
248-203-0715
248-203-0763 (fax)

## CERTIFICATE OF SERVICE

I, Ari J. Scharg, an attorney, hereby certify that on February 20, 2015, I served the above and foregoing, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Ari J. Scharg